1046

[No. 47888-5-I. Division One. March 4, 2002.]

MICROSOFT CORPORATION, *Respondent*, v. TIMELINE, INC., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-2-16323-1, Steven G. Scott, J., entered December 1, 2000. *Reversed* by unpublished opinion per Coleman, J., concurred in by Agid, C.J., and Schindler, J.

[No. 47906-7-I. Division One. March 4, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. SCOTT E. STEVENS, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 00-1-01142-8, Gerald L. Knight, J., entered December 6, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 47907-5-I. Division One. March 4, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH LEE HOECK, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-07901-6, Steven G. Scott, J., entered November 13, 2000. *Affirmed* by unpublished per curiam opinion.

[Nos. 47948-2-I; 47949-1-I. Division One. March 4, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. VINH HOANG PHAM, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 00-1-07521-5, Charles W. Mertel, J., entered December 22, 2001. *Affirmed* by unpublished per curiam opinion.